**Deny and Opinion Filed February 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00140-CV**

**IN RE CHUAN CHEN AND M. TAYARI GARRETT, Relators**

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-17249**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

Before the Court are relators' February 22, 2022 petition for writ of mandamus and motion for emergency stay.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and record, we conclude relators have failed to demonstrate an entitlement to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We deny relators' motion for emergency stay as moot.

220140f.p05

<u>/Bill Pedersen, III//</u>
BILL PEDERSEN, III
JUSTICE